more. Father's evidence did not clearly show his inability to pay.

The judgment is supported by substantial evidence and is not against the weight of the evidence. A full opinion would have no precedential value. Affirmed under Rule 84.16(b).

DOWD, P.J., and CRANDALL, J., concur.

**J.T. YOUNG, Appellant,**

v.

**Irene Elizabeth YOUNG (Hard), Respondent.**

No. 48568.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 5, 1985.

Daniel W. Deiter, Montgomery City, for appellant.

Betty K. Wilson, Columbia, for respondent.

## MEMORANDUM OPINION

CLEMENS, Senior Judge.

Appeal from Audrain County Circuit Court order granting mother's motion to modify a 1973 dissolution decree by raising father's original monthly support payments from $50 to $130 per child. Mother's evidence showed cost of support was even